# BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484  Fax (212) 697-7296

Peretz Bronstein
Edward N. Gewirtz *°
Neil D. Grossman *

* Also admitted in New Jersey
° Registered Patent Attorney

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

December 12, 2007

**VIA FACSIMILE**

The Honorable Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

      Re: *Herzberg v. MegaSpirea Productions, et al.*, Civ. No. 07 CV 10503 (RJS)

      We represent Plaintiff, Jordan Herzberg, in the above referenced action. On December 7, Defendants' counsel submitted a letter of intent to file a motion to dismiss and request for a pre-motion conference. That same day, your Honor ordered Plaintiff to respond to the letter by December 12, 2007. Unfortunately, Plaintiff's counsel only became aware of Defendants' letter and the Court's order this morning. We never received Defendants' letter by hand nor did we receive automatic notification from PACER that this letter had been filed. Given that we only just received notice of your Honor's order, we respectfully request an extension of time until Monday morning, December 17, to respond.

Respectfully Submitted,

*Peretz Bronstein*
Peretz Bronstein

cc: Judson L. Hand, Esq. (via facsimile)

SO ORDERED
Dated: 12/12/07
RICHARD J. SULLIVAN
U.S.D.J.