

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORDAN HERZBERG,

                Plaintiff,

-v-

MEGASPIREA PRODUCTIONS, SAS, *et al.*,

                Defendants.

No. 07 Civ. 10503 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference held before the Court on December 18, 2007, regarding defendants' proposed motion to dismiss the complaint in the above-entitled action, the Court adopted the following briefing schedule:

> Defendants shall submit their motion and supporting evidence by January 18, 2008.
> Plaintiff shall submit his opposition and supporting evidence by February 1, 2008.
> Defendants shall submit their reply, if any, by February 8, 2008.

    Thereafter, the Court shall schedule further proceedings regarding defendants' proposed motion, if necessary.

SO ORDERED.

DATED:    New York, New York
                December 18, 2007

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE