Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
claffey@reedsmith.com

Attorneys for Defendants MegaSpirea Productions SAS, et al.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JORDAN HERZBERG,

                Plaintiff,

  - against -

MEGASPIREA PRODUCTIONS SAS,
MEGASPIREA INTERNATIONAL INC.,
MEGASPIREA HOLDINGS LTD.,
MEGASPIREA HOLDINGS A.G.,
MEGASPIREA NV, MR. HERSCH REICH.

                Defendants.

-------------------------------------------------------------X

No. 07 Civ. 10503 (RJS/RLE)

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that Reed Smith LLP, by Casey D. Laffey, appears herein as counsel for defendants MegaSpirea Productions SAS, MegaSpirea International, Inc., MegaSpirea Holdings Ltd., MegaSpirea Holdings A.G., MegaSpirea NV, and Mr. Hersch Reich and requests copies of all pleadings and other documents electronically or otherwise filed herein.

Dated:  New York, New York
         January 4, 2008

REED SMITH LLP

By: _____
    Casey D. Laffey (CL-1483)
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
claffey@reedsmith.com

*Counsel for Defendant*
*MegaSpirea Productions SAS, et al.*

- 2 -

TO:  Peretz Bronstein, Esq.
     BRONSTEIN, GERWIRTZ & GROSSMAN LLC
     60 East 42nd Street
     Suite 4600
     New York, New York 10165
     Tel. (212) 697-6484