Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
claffey@reedsmith.com

Attorneys for Defendants MegaSpirea Productions SAS, et al.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JORDAN HERZBERG,

               Plaintiff,

   - against -

MEGASPIREA PRODUCTIONS SAS,
MEGASPIREA INTERNATIONAL INC.,
MEGASPIREA HOLDINGS LTD.,
MEGASPIREA HOLDINGS A.G.,
MEGASPIREA NV, MR. HERSCH REICH .

               Defendants.

------------------------------------------------------------X

No. 07 Civ. 10503 (RJS/RLE)

**RULE 7.1 DISCLOSURE**

     Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Defendants MegaSpirea Productions SAS, et al., certifies that:

     Defendant MegaSpirea Productions SAS, a French Corporation, is a 100% subsidiary of its parent company, MegaSpirea Holdings, Ltd.

     Defendant MegaSpirea International Inc., a Delaware Corporation, is a 100% subsidiary of its parent company, MegaSpirea Holdings, Ltd..

     Defendant MegaSpirea Holdings Ltd. is an Israeli corporation.  It has no corporate parent company and no other company owns more than 10% of MegaSpirea Holdings Ltd..

     Defendant MegaSpirea Holdings A.G. is a Swiss Corporation.  It has no corporate parent company and no other company owns more than 10% of MegaSpirea Holdings A.G..

- 2 -

      Defendant MegaSpirea N.V. is a Belgian Corporation. It has no corporate parent company and no other company owns more than 10% of MegaSpirea N.V..

| | |
|---|---|
| Dated:   New York, New York<br>         January 8, 2008 | REED SMITH LLP<br><br>By: _____<br>    Casey D. Laffey (CL-1483)<br>599 Lexington Avenue<br>New York, New York 10022<br>Tel. (212) 521-5400<br>Fax. (212) 521-5450<br>claffey@reedsmith.com<br><br>*Counsel for Defendant* MegaSpirea Productions SAS, et al. |

TO:    Peretz Bronstein, Esq.
        BRONSTEIN, GEWIRTZ & GROSSMAN LLC
        60 East 42nd Street
        Suite 4600
        New York, New York 10165