UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/9/08___

JORDAN HERZBERG,

                 Plaintiff,

    -v-

MEGASPIREA PRODUCTIONS, SAS, *et al.*,

                 Defendants.

No. 07 Civ. 10503 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By letter dated January 7, 2008, defendants seek a thirty-day extension of the briefing schedule in the above-entitled action on the ground that, as of January 4, 2008, they have retained new counsel, who now needs additional time to prepare defendants' proposed motion to dismiss. Plaintiff opposes the length of the extension sought by defendants.

IT IS HEREBY ORDERED that the parties shall abide by the following revised briefing schedule:

> Defendants shall submit their motion and supporting evidence by January 31, 2008.
> Plaintiff shall submit his opposition and supporting evidence by February 14, 2008.
> Defendants shall submit their reply, if any, by February 21, 2008.

Thereafter, the Court shall schedule further proceedings regarding defendants' proposed motion, if necessary.

SO ORDERED.

DATED:    New York, New York
                January 8, 2008

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE