Peretz Bronstein (PB-8628)
Bronstein, Gewirtz & Grossman, LLC
60 East 42nd St., Suite 4600
New York, NY 10165
Tel. (212) 697-6484
Fax. (212) 697-7296
peretz@bgandg.com

Attorney for Plaintiff Jordan Herzberg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
Jordan Herzberg,                                               :   No. 07 Civ. 10503 (RJS/RLE)
                                                               :
                         Plaintiff,                            :
                                                               :   **NOTICE OF APPEARANCE**
         - against -                                           :
                                                               :
MegaSpirea Productions SAS, MegaSpirea                         :
International Inc., MegaSpirea Holdings Ltd.,    x
MegaSpirea Holding A.G., MegaSpirea NV, Mr.                    :
Hersch Reich.                                                  :
                                                               :
                         Defendants.                           :
-------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that Bronstein, Gewirtz & Grossman, LLC, by Peretz Bronstein, appears herein as counsel for plaintiff Jordan Herzberg and requests copies of all pleadings and other documents electronically or otherwise filed herein.

Dated: New York, New York        Bronstein, Gewirtz & Grossman, LLC
       January 10, 2008

                                 By: _____
                                     Peretz Bronstein (PB-8628)
                                 60 East 42nd St., Suite 4600
                                 New York, NY 10165
                                 Tel. (212) 697-8209
                                 Fax. (212) 697-7296
                                 peretz@bgandg.com

                                 Counsel for Plaintiff
                                 Jordan Herzberg

TO:    Casey D. Laffey, Esq.
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel. (212) 521-5400
Fax (212) 521-5450
Email claffey@reedsmith.com