Gil Feder (GF-6550)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
gfeder@reedsmith.com

Attorneys for Defendants MegaSpirea Productions SAS, et al.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JORDAN HERZBERG,                                            :
                                                            :   No. 07 Civ. 10503 (RJS/RLE)
                    Plaintiff,                              :
                                                            :
        - against -                                         :
                                                            :   **NOTICE OF APPEARANCE**
MEGASPIREA PRODUCTIONS SAS,                                 :
MEGASPIREA INTERNATIONAL INC.,                              :
MEGASPIREA HOLDINGS LTD.,                                   :
MEGASPIREA HOLDINGS A.G.,                                   :
MEGASPIREA NV, MR. HERSCH REICH.                            :
                                                            :
                    Defendants.                             :
                                                            :
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Reed Smith LLP, by Gil Feder, appears herein as

counsel for defendants MegaSpirea Productions SAS, MegaSpirea International, Inc.,

MegaSpirea Holdings Ltd., MegaSpirea Holdings A.G., MegaSpirea NV, and Mr. Hersch Reich

and requests copies of all pleadings and other documents electronically or otherwise filed herein.

Dated:   New York, New York                REED SMITH LLP
         January 4, 2008

                                           By: _____
                                               Gil Feder (GF-6550)
                                           599 Lexington Avenue
                                           New York, New York  10022
                                           Tel. (212) 521-5400
                                           Fax. (212) 521-5450
                                           gfeder@reedsmith.com

                                           *Counsel for Defendant*
                                           *MegaSpirea Productions SAS, et al.*

- 2 -

TO:  Peretz Bronstein, Esq.
BRONSTEIN, GERWIRTZ & GROSSMAN LLC
60 East 42nd Street
Suite 4600
New York, New York 10165
Tel. (212) 697-6484