Gil Feder (GF-6550)
Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JORDAN HERZBERG,

            Plaintiff,                         ECF Case

         - against -                       07 Civ. 10503 (RJS)(RLE)

MEGASPIREA PRODUCTIONS SAS,
MEGASPIREA INTERNATIONAL INC.,        **NOTICE OF MOTION**
MEGASPIREA HOLDINGS LTD.,
MEGASPIREA HOLDING A.G., MEGASPIREA
NV, and HERSCH REICH,

            Defendants.
-------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of Mendel Klein dated January 29, 2008, the exhibits annexed thereto, the accompanying Memorandum of Law, and all proceedings had herein, defendants MegaSpirea Productions SAS, MegaSpirea International Inc., MegaSpirea Holdings Ltd., MegaSpirea Holdings A.G., MegaSpirea NV, and Hersch Reich will move this Court at the United States District Courthouse, 500 Pearl Street, Room 21C, New York, New York, at a date and time designated by the Court, for an Order, pursuant to Fed. R. Civ. P. 12(b)(1), (b)(2), and (b)(6), dismissing the complaint in its entirety with prejudice and awarding such further relief as the Court deems just, proper, and equitable.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated January 10, 2008, opposition papers, if any, are to be served upon the undersigned on or before February 14, 2008 and reply papers, if any, are to be served upon plaintiff's counsel on or before February 21, 2008.

Dated:   New York, NY
         January 31, 2008

                                          REED SMITH LLP

                                          By: _____
                                               Gil Feder (GF-6550)
                                               Casey D. Laffey (CL-1483)
                                        REED SMITH LLP
                                        599 Lexington Avenue
                                        New York, NY 10022
                                        Tel. (212) 521-5400
                                        Fax. (212) 521-5450

                                        *Attorneys for Defendants*

TO:   Peretz Bronstein, Esq.
      Bronstein, Gerwirtz, & Grossman LLC
      60 East 42nd Street, Suite 4600
      New York, NY 10165