Gil Feder (GF-6550)
Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JORDAN HERZBERG,

        Plaintiff,　　　　　　　　　　　　ECF Case

     - against -

        　　　　　　　　　　　　　　　　07 Civ. 10503 (RJS)(RLE)

MEGASPIREA PRODUCTIONS SAS,
MEGASPIREA INTERNATIONAL INC.,
MEGASPIREA HOLDINGS LTD.,
MEGASPIREA HOLDING A.G., MEGASPIREA
NV, and HERSCH REICH,

        Defendants.
-----------------------------------------------------------X

    I, Casey D. Laffey, hereby certify that on January 31, 2008, I caused true and correct copies of the foregoing Notice of Motion, Declaration of Mendel Klein in Support of Motion to Dismiss, and Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint to be served by electronic case filing and overnight courier upon the following address:

        Peretz Bronstein, Esq.
        Bronstein, Gerwirtz, & Grossman LLC
        60 East 42nd Street, Suite 4600
        New York, NY 10165

Dated:   New York, New York
          January 31, 2008

                                            Casey D. Laffey (CL-1483)