UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                   :

Jordan Herzberg,                             :      No. 07 Civ. 10503 (RJS/RLE)

Plaintiff,                                        :      **AFFIDAVIT OF SERVICE**

                  - against -                              :

MegaSpirea Productions SAS, MegaSpirea       :
International Inc., MegaSpirea Holdings Ltd.,    x
MegaSpirea Holding A.G., MegaSpirea NV, Mr.  :
Hersch Reich,                                 :

                       Defendants.               :

-------------------------------------------------------------- x

EITAN KIMELMAN, declaring, pursuant to 28 USC Sec. 1746, under penalty of perjury, states as follows:

1. On November 21st, 2007, I served six copies of the summons and complaint in this action, one addressed to each of the defendants, by handing each of such copies to defendant Hersch Reich individually and in his capacity as an officer of the corporate defendants.

2. At the time I delivered the copies of the summons and complaint to Mr. Reich, he was in his room at the Avenue Plaza Hotel located at 4624 13th Avenue, Brooklyn, NY. At approximately 10pm, I knocked on the door and handed the papers to Mr. Reich. I stated to him that I had served him with legal process.

3. Mr. Reich is a male Caucasian with brown hair, and a brown beard. His approximate height is five feet seven inches with an approximate weight of 160 pounds.

Dated: New York, New York
         February 14, 2008

                                                         /s/ Eitan Kimelman
                                                         _____
                                                         Eitan Kimelman