Gil Feder (GF-6550)
Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JORDAN HERZBERG,

           Plaintiff,

    - against -

MEGASPIREA PRODUCTIONS SAS,
MEGASPIREA INTERNATIONAL INC.,
MEGASPIREA HOLDINGS LTD.,
MEGASPIREA HOLDING A.G., MEGASPIREA
NV, and HERSCH REICH,

           Defendants.
------------------------------------------------------------X

ECF Case

07 Civ. 10503 (RJS)(RLE)

    I, Casey D. Laffey, hereby certify that on February 21, 2008, I caused true and correct copies of the foregoing Reply Declaration of Mendel Klein in Further Support of Motion to Dismiss dated February 21, 2008 and Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the Complaint dated February 21, 2008 to be served by electronic case filing and overnight courier upon the following address:

        Peretz Bronstein, Esq.
        Bronstein, Gerwirtz, & Grossman LLC
        60 East 42nd Street, Suite 4600
        New York, NY 10165

Dated:    New York, New York
            February 21, 2008

                                                          Casey D. Laffey (CL-1483)