# BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484  Fax (212) 697-7296

Peretz Bronstein
Edward N. Gewirtz *
Neil D. Grossman *

* Also admitted in New Jersey
◊ Registered Patent Attorney



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

March 3, 2008

**VIA HAND DELIVERY**

The Honorable Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

Re: Herzberg v. Megaspirea Productions, et. al., Civ. No. 07 CV 10503 (RJS)

      This firm represents Plaintiff Jordan Herzberg in the above-referenced action. This letter is respectfully submitted to seek leave of the Court to file the attached Memorandum of Law in Further Opposition to Motion to Dismiss and accompanying Declaration of Rabbi Josh Lookstein. The proposed Memorandum of Law addresses a narrow issue of law regarding the burden of proof required to establish domicile for purposes of subject-matter jurisdiction. This further submission is necessary to respond to Defendants' blatant mischaracterization regarding a defendant's burden of proving a change of plaintiff's domicile in this Circuit and to dispel the false implication that living in Israel for a few years is proof that Plaintiff and his family plan to remain there permanently. Being that the issue of subject matter jurisdiction is dispositive, we respectfully request that, in order to permit full discussion of the issues raised by the parties' submissions, the Court accepts Plaintiff's submission.

Respectfully Submitted,

/s/ Peretz Bronstein

Peretz Bronstein

cc: Casey D. Laffey, Esq.

*Handwritten order:* Plaintiff's sur-reply brief is accepted for filing. Defendants may, but are not required (or even encouraged) to submit a sur-sur-reply brief of no more than 5 pages within 10 days of the date of this order.

SO ORDERED
Dated: 3/4/08
Richard J. Sullivan, U.S.D.J.